RECEIVED

NOV 2 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Derrick Scott
Full Name of Plaintiff, Prisoner Number

CV05-2024 S
Civil Action No.

Robert Davis/ R. Malcolm/ Kidd
Sanders/ Chris Evans/ Toffton
and LPN Lee
Full Name of Defendant(s)

JUDGE WALTER SEC P

MAG JUDGE HORNSBY

COMPLAINT

I. Previous Lawsuits

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes ✓ No ____

B. If your answer to the preceding question is yes, provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

united States District Court, Western Dis. of Louisiana
SHREVEPORT

2. Name the parties to the previous lawsuit(s):

Plaintiffs: Derrick Scott

Defendants: RAY Hanson

3. Docket number(s): CV04-460 P

4. Date(s) on which each lawsuit was filed: March 15 2003

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

Case Still pending

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes ____ No ✓

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

NoNe

NoNe

II. A. **Name of institution and address of current place of confinement:**

David Wade Corr. Center 670 Bell Hill Rd Homer, La. 71040

B. Is there a prison grievance procedure in this institution?
Yes ✓ No ____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes ✓ No ____
If Yes, what is the Administrative Remedy Procedure number? DWCC-2005-1017

2. If you did not file an administrative grievance, explain why you have not done so.

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

I Went to Steps 1 and 2 And both Steps Was denied

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III. Parties to Current Lawsuit:**

A. Name of Plaintiff Derrick Scott

Address DWCC, 670 Bell Hill Rd. Homer, La. 71040

B. Defendant, Robert Davis, is employed as Sgt. at DWCC.

Defendant, Roderick Malcolm, is employed as Lt. at DWCC.

Defendant, Sanders, is employed as Lt. at DWCC.

Additional defendants Kidd / Sgt. / Chris Evans. Lt. / Toffton Capt. LPN/Lee

**IV. Statement of Claim**

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

See attached Sheet

______________________________________________

______________________________________________

______________________________________________

______________________________________________

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

______________________________________________

______________________________________________

______________________________________________

## VI. Plaintiff's Declaration

A. **I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

**Signed this** 15 **day of** Nov, 2005.

126372
Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

Derrick Scott
Signature of Plaintiff

5/97