Derrick Scott #126372
DWCC N3
670 Bell Hill Rd
Homer, La. 71040

U.S. POSTAGE
$00.23
HOMER LA
NOV 21 2005 00230 034874
FP0595115 JMC01 02080FD2

U.S. POSTAGE
$00.60
HOMER LA
NOV 21 2005 00600 032641
FP0595115 JMC01 02080EEC

CLERK, UNITED STATES Dist. COURT
WESTERN Dist. OF LOUISIANA
U.S. COURTHOUSE
300 FANNIN ST. SUITE 1167
SHREVEPORT, La. 71101