# Statement of Claim

On or about July 10, 2005 while the Plaintiff was house in the N4 lock down unit on C-tier on suicide watch in cell#2. The Plaintiff and Sgt. Davis got into a heated argument concerning the Plaintiff discussing the law with another inmate. Sgt. Davis became angry with the Plaintiff. And threaten to do the Plaintiff bodily harm when he come out his cell for shower.

After Lt. Malcolm Place the Plaintiff in restraints handcuffs, black box, Pad lock, waist Chain, and legirons and let the Plaintiff out his cell to go shower. The Plaintiff inform Lt. Malcolm that Sgt. Davis threaten to do him bodily harm when the Plaintiff come out his cell to go shower. Lt. Malcolm stated, He aint got nothing to do with that.

When the Plaintiff came out his cell to go to the shower in full restraints. Sgt. Davis begin Punching the Plaintiff hitting the Plaintiff in the nose, mouth, and jaw with his clenched fist. And then Lt. Malcolm ran up on the Plaintiff and start hitting the Plaintiff with his walkie talkie hitting the Plaintiff in both eyes and head knocking the Plaintiff to the floor.

While the Plaintiff was on the floor bleeding from his mouth with both eyes swollen in full restraints unable to Put up any resistance. Lt. Sanders and sgt. kidd arrive on the scene and begin stomping and kicking the Plaintiff while the Plaintiff was on the floor. While Capt. Toffton and Lt. Evans stood and watch these officers without making any attempt to stop these officers.

The Plaintiff was then Place in a restraint Chair bust-up and bleeding without receiving any medical treatment. As a result of the beating the Plaintiff suffered from a moderate swelling two black eyes, bust mouth, Several bruises in the face and on the back. The Plaintiff wasn't seen by medical until four (4) days later.

There was several Pictures taken of the Plaintiff after the beating by Capt. Toffton and Lt. Evans relating to this beating.

## Statement of Law

The defendants Robert Davis, sgt./ Roderick Malcolm Lt./ Chris Evans Lt./ Sanders Lt./ Capt. Toffton / kidd sgt./ and LPN Lee/ their being suit in their individual Capacities for Compensatory and Punitive damages.

## Statement of Law Cont.

The inmate Derrick Scott, was brutally beating by officers after being Place in handcuff's with the black box / Waist Chain / and legirons. The court held once a inmate is hand-Cuffed no longer Pose a threat and the Continued application of force by the defendants Constituted a Violation of the inmate Eighth Amend. Which the Plaintiff is entitled to compensation for his injuries. See SMITH V. DOOLEY 591 F. Supp. 1157; 1984 U.S. Dist.

The Plaintiff demonstrate an Eighth Amend. Violation under the Circumstances of this Case involving the deliberate use of totally unnecessary force. The defendants acted maliciously and wantonly and with reckless indifference to the Plaintiff right to be free from Cruel and unusual Punishment. also see FLOWERS V. PHELPS 956 F.2d 488 (1992 5th Cir.)

## Relief

$ 150,000, Compensatory Damages

$ 250,000, Puinitive Damages