# THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

From: Derrick Scott #126372

DATE OF ARP Aug 29-2005

RECEIVED
NOV 2 2 2005 PL
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

## Parties

Capt. Toffton / Lt. Malcolm / Lt. Sanders / Lt. Evans / Sgt. Kidd and Sgt. Davis / LPN / Lee

## ISSUE

"Excessive Force"

## FACTS

On or about July 10, 2005 while house in Cell #2 on Suicide Watch in N4 unit on C-tier. Sgt. Davis come on C-tier and over heard me and another inmate discussing law Concerning Some legal issues.

Sgt. Davis then Stated to me "He dont give a fuck about no law." So me and Sgt. Davis got into a heated argument Concerning his Statement he made about the law. Sgt. Davis then become angry toward me, and Stated to me He got me when i come out my Cell for my Shower.

Before Lt. Malcolm Come inside my cell to Place me in restraints. I inform Lt. malcolm that Sgt. Davis Plan to inflict bodily harm upon me when i come out my Cell for Shower.

Lt. Malcolm Stated to me "He aint got nothing to do with that, thats on me and that Sgt.

After i was Place in handcuffs and legirons and let out my Cell to go Shower. Sgt. Davis begin Punching me, hitting me in the nose, mouth, and the Jaw with Clenched fists.

Lt. Malcolm [redacted] Started hitting me with his walkie talkie hitting me in the eye and head and Continue hitting me with the walkie talkie until i hit the floor.

Once i fell to the floor bleeding from my mouth and head with both my eyes Swollen.

Lt. Sanders and Sgt. Kidd ran up on me while i was laying on the floor bleeding and both these officer Started kicking me in my back, ribs, and Several times in my head.

Lt. Malcolm hit me Several more times with the walkie talkie while i was on the floor. hitting me behind my head and my neck with several blows. While Sgt. Davis kick me Several times in my back and Stomp my head to the floor several times.

While these officers was Crowding me all at the sametime Kicking me and Stomping me and hitting me with a walkie tallkie while i was laying on the floor bleeding and bust-up Screaming for help. Capt. Tofftan and Lt. Evans Just Stood there and watch these officers continue to beat me without making any attempt to stop the officers from [redacted] beating me.

Do to me being handcuffed with legirons on it was totally impossible for me to Put up any Sort of resistance. or Pose any threat to the Safety of these officers. These officers use force on me when there was no need for any force to be use.

As a result of these officers total unnecessary use of force upon me. I suffer with severe Pains in my head and my back. Both eyes swollen with black eyes, both eyes blood shot red, busted lip, bruises in my face and on my back. And Pains on the back of my neck. And sever gashes in my head.

I have several inmates who witness these officers beat me while i was in handcuffs and legirons. See inmate write up for Proof that inmate Scott was in handcuffs and legirons at the time these officers Jump on inmate Scott.

also See inmate Scott medical report for Proof of injuries.

Relief

That these officers be terminated and demoted for they illegal acts Committed upon me.

$ 250.000 Compensatory Damages

$ 300.000 Punitive Damages

And Trial by Jury.

Respectfully Submitted

Derrick Scott