UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DERRICK SCOTT** | **CIVIL ACTION NO. 05-2024-P** |
| **VERSUS** | **JUDGE WALTER** |
| **ROBERT DAVIS, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

### MEMORANDUM ORDER

Defendants filed an answer (Doc. 17) to Plaintiff's complaint on August 28, 2006. The Memorandum Order (Doc.10) that ordered service upon Defendants permitted 60 days from the filing of responsive pleadings for all parties to complete discovery. Within 30 days thereafter, the parties were allowed to file a motion for summary judgment or a statement of issues that enumerates each genuine issue of material fact perceived by that party which is relevant to this matter. If the case is not capable of resolution through summary judgment, the statement of issues will be used by the Court to determine the necessity for and scope of an evidentiary hearing.

The time for filing motions or statements of issues has passed and neither Plaintiff nor Defendants have filed anything. The parties are hereby granted until **March 12, 2007** to comply with the order by filing a motion for summary judgment or a statement of issues.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 15th day of February, 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE