**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **DERRICK SCOTT** | **:** | **CIVIL ACTION NO.: CV05-2024 P** |
| **VERSUS** | **:** | **JUDGE: WALTER – SEC P** |
| **ROBERT DAVIS, ET AL** | **:** | **MAGISTRATE JUDGE: HORNSBY** |

**RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

---

NOW INTO COURT, through undersigned counsel, come defendants, SGT. ROBERT DAVIS, LT. RODERICK MALCOLM, SGT. KIDD, CHRIS EVANS, CPT. TOFFTON and LT. SANDERS, who for their responses to Plaintiff's Request for Production of Documents, respectfully submit the following:

**REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 1:**

A copy of any and all records of Plaintiff medical record relating to the incident on July 9, 2005.

**ANSWER TO REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 1:**

Enclosed please find the information requested in Request for Production of Documents Number 1.

**REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 2:**

A copy of any and all pictures that was taken of the Plaintiff by the defendants relating to the incident on July 9, 2005.

**ANSWER TO REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 2:**

Defendants assert that to the best of their knowledge and belief no photographs were taken of plaintiff relating to an incident on July 9, 2005.

Blumberg No. 5118 EXHIBIT 1

**REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 3:**

A copy of any and all employee Policies and Procedure concerning the use of force by correctional officers at David Wade Correction Center.

**ANSWER TO REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 3:**

Enclosed please find the information requested in Request for Production of Documents Number 3.

**REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 4:**

A copy of any and all disciplinary reports written and U.O.R.'s concerning the Plaintiff relating to the incident on July 9, 2005.

**ANSWER TO REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 4:**

Enclosed please find the information requested in Request for Production of Documents Number 4.

**REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 5:**

Any and all policies that establish the duties and responsibilities of the employee at (DWCC).

**ANSWER TO REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 5:**

Defendants object to plaintiff's request for production of documents number 5 on the grounds of vagueness. Defendants assert that there are different polices that establish the duties and responsibilities of the employees of David Wade Correctional Center, depending to the position of employment held by said employee. The plaintiff does not specify as to which policy should be produced.

Respectfully submitted,

CHARLE C. FOTI, JR.
Attorney General

BY: [signature]
E. DAVID GILMER
Assistant Attorney General
La. Bar Roll No. 22908

LOUISIANA DEPARTMENT OF JUSTICE
Litigation Division
330 Marshall, Suite 777
Shreveport, Louisiana 71101
(318) 676-5710
(318) 676-5703 (Fax)
ATTORNEY FOR DEFENDANTS

## CERTIFICATE

I certify that a copy of the foregoing has been served upon counsel for all represented parties and has been served upon all pro se parties to this proceeding by mailing the same to each by first class United States mail, properly addressed and postage prepaid on this 30th day of September, 2006 as follows:

Derrick Scott, pro se
DOC# 126372
David Wade Correctional Center N3D
670 Bell Hill Road
Homer, Louisiana 71040

[signature]
E. David Gilmer
Assistant Attorney General
Of Counsel

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **DERRICK SCOTT** | **:** | **CIVIL ACTION NO.: CV05-2024 P** |
| **VERSUS** | **:** | **JUDGE: WALTER – SEC P** |
| **ROBERT DAVIS, ET AL** | **:** | **MAGISTRATE JUDGE: HORNSBY** |

**RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

---

NOW INTO COURT, through undersigned counsel, come defendants, SGT. ROBERT DAVIS, LT. RODERICK MALCOLM, SGT. KIDD, CHRIS EVANS, CPT. TOFFTON and LT. SANDERS, who for their responses to Plaintiff's Second Set of Request for Production of Documents, respectfully submit the following:

**REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 1:**

Any and all disciplinary reports written concerning the Plaintiff from July 10, 2005.

**ANSWER TO REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 1:**

Defendants assert that their response to plaintiff's Second Request for Production of Documents Number 2 is the same as that provided in their response to plaintiff's First Request for Production of Documents Number 4, which was mailed to plaintiff on September 20, 2006. Please see defendant's response to plaintiff's First Request for Production of Documents Number 4, dated September 20, 2006.

**REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 2:**

A copy of any records of Plaintiff's medical treatment relating to July 10, 2005 by a Dr. Sing Song.

EXHIBIT 2

Blumberg No. 5118

**ANSWER TO REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 2:**

Enclosed please find the information requested in Request for Production of Documents Number 2.

**REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 3:**

A copy of any and all photocopies that was taken on July 10, 2005 of the Plaintiff by the defendants.

**ANSWER TO REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 3:**

Defendants assert that their response to plaintiff's Second Request for Production of Documents Number 3 is the same as that provided in their response to plaintiff's First Request for Production of Documents Number 2, which was mailed to plaintiff on September 20, 2006. Please see defendant's response to plaintiff's First Request for Production of Documents Number 2, dated September 20, 2006.

**REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 4:**

A copy of the employee rules and regulations that the employees as correctional officers and Prison officials have a obligated duty that David Wade officers and officials are bound by law that they must always follow.

**ANSWER TO REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 4:**

Defendants object to plaintiff's Request for Production of Documents Number 4 on the grounds of overly broad and unduly burdensome. Defendants assert that the production of every rule and regulation to be followed by each and every individual employed at David Wade Correctional Center would require the review and subsequent re-production of several dozen documents and several hundred pages.

Defendants also object to plaintiff's Request for Production of Documents Number 4 on

the ground of relevancy. Defendants assert that plaintiff's complaint was filed alleging violation of his civil rights by the named defendants and not by every staff member at David Wade Correctional Center. Defendants assert that these staff member have not been named as defendants in this lawsuit. Thus, defendants object to this request as being irrelevant and not calculated to lead to the discovery of admissible evidence and/or resolution of this matter.

**<u>REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 5</u>:**

A copy of any and all logbook sheets that was logged in the log book on July 10, 2005 by the defendants on July 10, 2005.

**<u>ANSWER TO REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 5</u>:**

Defendants object to plaintiff's Request for Production of Documents Number 5 on the basis that it seeks information which could result in the disclosure of confidential information concerning protection methodology which could jeopardize the safety of Wade Correctional Officers and inmates. The inter-compound logbook contains various confidential matters that may compromise security functions if provided to an inmate.

**<u>REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 6</u>:**

Any and all Policies, that establish the duties and responsibilities of the DWCC officers and officials while performing they duties.

**<u>ANSWER TO REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 6</u>:**

Defendants assert that their response to plaintiff's Second Request for Production of Documents Number 6 is the same as that provided in their response to plaintiff's First Request for Production of Documents Number 5, which was mailed to plaintiff on September 20, 2006. Please see defendant's response to plaintiff's First Request for Production of Documents Number 5, dated September 20, 2006.

Respectfully submitted,

CHARLE C. FOTI, JR.
Attorney General

BY: ________________________
E. DAVID GILMER
Assistant Attorney General
La. Bar Roll No. 22908

LOUISIANA DEPARTMENT OF JUSTICE
Litigation Division
330 Marshall, Suite 777
Shreveport, Louisiana 71101
(318) 676-5710
(318) 676-5703 (Fax)
ATTORNEY FOR DEFENDANTS

## CERTIFICATE

I certify that a copy of the foregoing has been served upon counsel for all represented parties and has been served upon all pro se parties to this proceeding by mailing the same to each by first class United States mail, properly addressed and postage prepaid on this 5th day of January, 2007 as follows:

Derrick Scott, pro se
DOC# 126372
David Wade Correctional Center N3D
670 Bell Hill Road
Homer, Louisiana 71040

________________________
E. David Gilmer
Assistant Attorney General
Of Counsel

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **DERRICK SCOTT** | : | **CIVIL ACTION NO.: 05-2024-P** |
| **VERSUS** | : | **JUDGE: WALTER** |
| **ROBERT DAVIS, ET AL** | : | **MAGISTRATE JUDGE: HORNSBY** |

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF CLAIBORNE**

I, **BRENDA ACKLIN**, the undersigned affiant, having first been duly sworn, did depose and state under oath the following:

1. That I am currently employed by the State of Louisiana, through the Louisiana Department of Public Safety and Corrections (Department) as a ARDC Supervisor at the David Wade Correctional Center at Homer, Louisiana (DWCC). I have been employed as a ARDC Supervisor at DWCC for approximately nine years. I have been employed at DWCC for approximately thirteen years.

2. My duties as a ARDC Supervisor include the reviewing and filing of Unusual Occurrence Reports, along with related items attached thereto, into the prison record of inmates housed at DWCC.

4. At the request of the Attorney General's Office, I have reviewed the prison record of Derrick Scott, DOC #126372, and have determined the following:

- That inmate Derrick Scott was an inmate housed at the David Wade Correctional Center during the month of July, 2005;



EXHIBIT 3
Blumberg No. 5118

- That Unusual Occurrence Reports were drafted in connection with an incident involving inmate Derrick Scott on July 10, 2005, while housed at David Wade Correctional Center;
- That I had access to the prison record of inmate Derrick Scott during the month of July 2005;
- That a review of the prison record of inmate Derrick Scott reveals that on July 15, 2005, Unusual Occurrence Reports regarding the July 10, 2005 incident involving inmate Derrick Scott were completed and submitted for filing into the prison record of inmate Scott.
- That the Unusual Occurrence Reports dated July 15, 2005, a true and correct copy of which is attached hereto as Attachment A, make reference to still photographs being taken of inmate Derrick Scott after the incident that took place on July 10, 2005. However, the prison record of inmate Derrick Scott does not contain the still photographs referenced in the Unusual Occurrence Report.
- That affiant has thoroughly searched for the still photographs referenced in the Unusual Occurrence Report completed July 15, 2005. However, affiant has been unsuccessful in locating the still photographs referenced in the Unusual Occurrence Reports completed July 15, 2005.

5. At no time did affiant willful or intentionally destroy or discard the still photographs of inmate Derrick Scott referenced in the Unusual Occurrence Reports dated July 15, 2005.

6. At no time did affiant willfully or deliberately refuse to produce the still photographs of inmate Derrick Scott referenced in the Unusual Occurrence Reports dated July 15, 2005.

7. To the best of affiant's knowledge, information and belief, a video camera was also set up, which should show inmate Derrick Scott and the medical assistance being provided to him following the incident of July 10, 2005. However, a copy of the video tape would not have been placed in prison record of inmate Derrick Scott.

The above facts are true and correct to the best of my knowledge, information and belief.

**WITNESSES:**

Betty J. Harris
SIGNATURE

Betty J. Harris
PRINT

Fran Calhoun
SIGNATURE

Fran Calhoun
PRINT

Brenda Acklin
**BRENDA ACKLIN**

**SWORN TO AND SUBSCRIBED** before me this 21st day of March, 2007, in Homer, Louisiana.

Kelly Carpenter
**NOTARY PUBLIC**

Kelly Carpenter, Notary Public
Claiborne Parish, Louisiana
My Commission is for Life
#67368

Form: DWCC 56

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
**DAVID WADE CORRECTIONAL CENTER**

VENETIA MICHAEL, WARDEN

RICHARD STALDER, SECRETARY

# UNUSUAL OCCURRENCE REPORT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | DERRICK SCOTT | Number | 126372 | Housing | N4C | Date of Incident | 10 July 2005 | Time | Approx. 01:30 hours |
| Location of Incident | | N4C | | | | Witnesses | Listed below on first line | | |
| Type of Incident | Assault on Staff<br>Addendum | | | | | | | | |

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

Witnesses: C/Capt. John Toffton, C/Lt. Roderick Malcolm, C/Lt. Chris Evans, C/Lt. Cale Sanders, C/Sgt. Robert Davis, C/Sgt. Kevin Kidd, Nurse Grace Lee.

On 10 July 2005 at approximately 01:30 hours, I was notified by C/Lt. Malcolm to 10-19 N4. On arriving I found inmate Derrick Scott #126372 struggling with C/Lt. Malcolm, C/Lt. Evans, C/Lt. Sanders, C/Sgt. Davis, C/Sgt. Kidd. I retrieved a can of Deep Freeze from the key room and responded to the tier. I clearly saw inmate Scott attempting to strike the officers, spit, kick and bite at the officers. C/Sgt. Kidd and C/Lt. Malcom was holding inmate Scotts head back and to the side to prevent his spitting and biting them. C/Lt. Sanders and C/Lt. Evans had inmate Scott's legs restrained to prevent him from kicking. C/Sgt. Davis had inmate Scott's arms to prevent him from striking. I gave inmate Scott a direct verbal order to stop fighting the officers. He refused to comply. Due to the close proximity of the officers and the risk of incompacitating them, I could not use chemical agent at that time. Inmate Scott was physically placed back in his cell physically restrained until he stopped resisting. The cell door was closed. Inmate Scott then followed all orders given. I notified C/Lt. Col. Danny Mills, the duty officer, at 01:34 hours and gain his concurrance with the use of the Violent Prisoner Restraint Chair for security purposes to protect staff. Nurse Lee contacted Dr. Gereighty, who at 02:20 hours concurred with the use of the restraint chair. Nurse Lee examined inmate Scott. I took several still photographs of inmate Scott of his visible injuries. The video camera was setup and inmate Scott was placed in the restraint chair at 02:30 hours. Nurse Lee then treated inmate Scott and checked his restrains. Nurse Lee contacted Mental Health, Ms. Dauzat, as inmate Scott is currently on standard suicide watch.

Nurse Lee then examined each officer involved in the use of force with inmate Scott.

On questioning C/Lt. Malcolm concerning the incident, he stated that C/Sgt. Davis and himself had restrained inmate Scott and removed him from his cell for shower as required by inmate posted policy #53. Inmate Scott then deliberately pushed C/Sgt. Davis. C/Lt. Malcolm and C/Sgt. Davis then took inmate Scott to the floor in order to control him. C/Sgt. Kidd assisted. C/Lt. Malcolm then radioed me for assistance, C/Lt. Sanders was present in the cell block and responded to assist. C/Lt. Evans responded to N4 to assist. C/Lt. Malcolm stated to me that inmate Scott attempted to strike with his restrained hands, and spit and bit at, and kick the officers as they physically restrained him.

Warden Huff and C/Lt. Col.. Hanson was also notified. C/Lt. Col. Hanson authorized the use of the food loaf program.

John Toffton C/Capt.

**REPORTING OFFICER**

7/15/2005

**DATE COMPLETED**

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
CHIEF OF SECURITY
UNIT MAJOR
DEPARTMENT HEAD

3:33 AM

**TIME**

**REVIEWED BY**

A

Form: DWCC 56

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS

**DAVID WADE CORRECTIONAL CENTER**

VENETIA MICHAEL, WARDEN

RICHARD STALDER, SECRETARY

# UNUSUAL OCCURRENCE REPORT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | DERRICK SCOTT | Number | 126372 | Housing | N4C | Date of Incident | 10 July 2005 | Time | Approx 01:30 hours |
| Location of Incident | | N4C | | | | Witnesses | Listed on previous report | | |
| Type of Incident | Assault on Staff Addendum | | | | | | | | |

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

Information not included in previous reports:

On the above date and approximate time, I C/Lt. Malcolm and C/Sgt. Davis restrained inmate Derrick Scott #126372 for his shower and removed him from his cell. As we exited the cell he pushed C/Sgt. Davis. Both C/Sgt. Davis and myself then took inmate Scott to the floor. We fell to the concrete floor, I struck my left arm against the floor, inmate Scott struck the floor with his head, and shoulder. I called for assistance via radio. Inmate Scott then started biting and kicking and hitting and spitting at us. I gave inmate Scott several orders to stop fighting, and he refused to comply. I pushed his head back to prevent him from biting me, and to the side to prevent him from spitting on me.C/Sgt. Davis grabbed inmate Scotts arms to prevent him from striking us. C/Sgt. Kidd assisted me in holding his head from spitting and biting. C/Lt. Sanders arrived and grabbed inmate Scott's legs to prevent him from kicking. C/Lt. Evans arrived with C/Capt. Toffton and they assisted in moving inmate Scott back in his cell. He was then held in place for a period of approximately a thirty seconds until he stopped fighting. The cell door was closed and inmate Scott then complied with all orders given.

C/Lt. Roderick Malcolm

[signature]

**REPORTING OFFICER**

7/15/2005

**DATE COMPLETED**

2:53 AM

**TIME**

[signature]

**REVIEWED BY**

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
CHIEF OF SECURITY
UNIT MAJOR
DEPARTMENT HEAD

Form: DWCC 56

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS

**DAVID WADE CORRECTIONAL CENTER**

VENETIA MICHAEL, WARDEN

RICHARD STALDER, SECRETARY

# UNUSUAL OCCURRENCE REPORT

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | DERRICK SCOTT | Number | 126372 | Housing | N-4-C | Date of Incident | 10 July 05 | Time | 01:30 hrs. |
| Location of Incident | | N-4-C-Tier | | | | Witnesses | Lt. Malcolm, Lt. Sanders, Sgt. Davis,Sgt. Kidd, Capt. Toffton | | |
| Type of Incident | Assault on Staff<br>Addendum | | | | | | | | |

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

At approximately 01:30 hrs. on 10 July 2005, I Lt. Evans, responded to a radio call to 10-19 N-4. Once I arrived, I found Lt. Malcolm, Lt. Sanders, Sgt. Davis, and Sgt. Kidd on the tier floor, struggling to get inmate Derrick Scott #126372 under control. I grabbed inmate Scott by the legs and held them along with Lt. Sanders to prevent him from kicking. Lt. Malcolm had inmate Scott's head held back and to the side to help prevent him from spitting at us. Sgt. Kidd was assisting Lt. Malcolm with the positioning of inmate Scott's head. Sgt. Davis had inmate Scott by the arms and was helping hold inmate Scott down. Several orders were given to stop resisting but inmate Scott refused to comply. Capt. Toffton arrived and gave inmate Scott a direct verbal order to stop fighting the officers, but he continued to resist. Inmate Scott was lifted from the floor, placed back in his cell, and physically restrained until he stopped resisting. Inmate Scott then started following the orders given by security. Inmate Scott was seen by Nurse Lee and treated for injuries. The proper personnel were notified and it was ordered that inmate Scott be placed in the Violent Prisoner Restraint Chair. Polaroid pictures were taken, and inmate Scott was video taped being placed in the restraint chair.

All officers involved were seen by the nurse.

Chris Evans C/Lt.

[signature] C/Lt

**REPORTING OFFICER**

7/15/2005

**DATE COMPLETED**

4:21 AM

**TIME**

**REVIEWED BY**

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
CHIEF OF SECURITY
UNIT MAJOR
DEPARTMENT HEAD

Form: DWCC 56

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
**DAVID WADE CORRECTIONAL CENTER**

VENETIA MICHAEL, WARDEN

RICHARD STALDER, SECRETARY

# UNUSUAL OCCURRENCE REPORT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | DERRICK SCOTT | Number | 126372 | Housing | N4C | Date of Incident | 10 July 2005 | Time | Approx 01:30 housr |
| Location of Incident | | N4C | | | | Witnesses | Listed on previous report | | |
| Type of Incident | Assault on Staff Addendum | | | | | | | | |

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

Information not included in previous report:

On the above date and approximate time, when I C/Lt Sanders arrived on N4C tier, I saw inamte Derrick Scott #126372 on the tier floor struggling with C/Lt. Malcolm, and C/Sgt. Kidd, and C/Sgt. Davis. I saw that inamte Scott was attempting to kick C/Lt. Malcolm. I grabbed inmate Scott's legs and wrapped both arms around them to prevent him from kicking. Inmate Scott continued to try to free his legs from my arms. At this time C/Lt. Evans and C/Capt. Toffton arrived. Lt. Evans then assisted me with holding inmate Scott's legs. We then moved inmate Scott back into his cell and held him until he stopped resisting. We then exited the cell and the door was closed. He then complied with all orders given to him.

C/Lt. Cale Sanders

[signature]

**REPORTING OFFICER**

7/15/2005

**DATE COMPLETED**

3:18 AM

**TIME**

[signature]

**REVIEWED BY**

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
CHIEF OF SECURITY
UNIT MAJOR
DEPARTMENT HEAD

Form: DWCC 56

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DAVID WADE CORRECTIONAL CENTER

VENETIA MICHAEL, WARDEN

RICHARD STALDER, SECRETARY

# UNUSUAL OCCURRENCE REPORT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | DERRICK SCOTT | Number | 126372 | Housing | N4C | Date of Incident | 10 July 2005 | Time | Approx 01:30 hours |
| Location of Incident | | N4C | | | | Witnesses | Listed Below | | |
| Type of Incident | Assault on Staff | | | | | | | | |

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

Witnesses: C/Capt. Toffton, C/Lt. Malcolm, C/Lt. Sanders, C/Lt. Evans, C/Sgt. Kidd, C/sgt. Davis.

On the above date and approximate time, while showering inmates on posted policy #53, C/Lt. Malcolm and myself restrained inmate Derrick Scott #126372 with handcuffs and legirons. On removing him from his cell, he deliberately pushed me. C/Lt. Malcolm and myself then took him to the floor. He started kicking, biting, spitting, and hitting at us. C/Sgt. Kidd, and C/Lt. Sanders, and C/Lt. Evans, and C/Capt. Toffton all responded to assist. C/Lt. Malcolm and C/Capt. Toffton gave him several orders to stop fighting, which he refused to comply. He was placed in his cell and physically restrained until he stopped fighting. The cell door was then closed. He then complied with all orders given. C/Lt. Col. Mills authorized his being placed in the restraint chair. Nurse Lee was notified and examined and treated inmate Scott. The video camera was setup and he was placed in the restraint chair. C/Capt. Toffton took pictures on inmate Scott's injuries.

C/Sgt. Robert Davis
Sgt R. Davis
**REPORTING OFFICER**

7/10/2005
**DATE COMPLETED**

6:25 AM
**TIME**

**REVIEWED BY**

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
CHIEF OF SECURITY
UNIT MAJOR
DEPARTMENT HEAD

DWCC Form #56 (EMP #01-01-009) (Revised 3/02)

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DAVID WADE CORRECTIONAL CENTER

# UNUSUAL OCCURRENCE REPORT

VENETIA T. MICHAEL, WARDEN

RICHARD L. STALDER, SECRETARY

| NAME | Derrick Scott | NUMBER | 126372 | DORM | N4 | DATE OF INCIDENT | 10 July 05 | TIME | 1:30 |
|---|---|---|---|---|---|---|---|---|---|

| LOCATION OF | N4C | WITNESSES | Lt. Malcolm, Sgt Davis, Lt. Sanders, Lt. Evans, Capt Tofton, Nurse Lee |
|---|---|---|---|

TYPE OF INCIDENT (CHECK ONE)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | ASSAULT ON STAFF | | MAJOR | | ROOF SHAKEDOWN | | PROTECTION | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | AGG. FIGHT | | USE OF FORCE | | FRONT GATE | | DEATH DUE TO | | FENCE CHECK |
| | FIGHT | | MINOR | | MATTRESS | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS | | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | ✓ | OTHER Addendum | | | | | | |

☐ CHEMICAL AGENTS USED ☐ MECHANICAL RESTRAINTS USED

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and time I, Sgt Kidd was running the C-tier Panel box while opening cell #2 which House inmate Derrick Scott # 126372 for his shower. I Sgt Kidd clearly saw inmate Scott pushed Sgt Davis as he was being escorted to the shower. Lt. Malcolm and Sgt Davis ~~imm~~ immediately took inmate Scott to the floor. I Sgt Kidd immediately closed the Panel box and assisted restraining inmate Scott. Inmate Scott continued to fight by biting, kicking and spitting. I Sgt Kidd along with Lt. Malcolm pushed his head back to prevent him from biting Lt. Malcolm and myself and to the side to prevent him from spitt on us, I Sgt Kidd gave orders to stop fighting. Inmate Scott flatley refused. Lt. Malcolm notified the captain on the Radio to 10-19 N4. Lt. Sanders, Lt. Evans, and Capt Tofton arrived. Inmate Scott was placed back in his cell and was physically restrained until he complied to all orders. I then closed the cell door. Nurse Lee was notified and examined inmate Scott. He was later placed in the restraint chair per security Reason.

Information not included in previous reports.

[signature] Kevin Kidd
Reporting Officer

7/16/05
Date Completed

~~06:49~~ 3:30 A.M.
Time

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
ASST. WARDENS
LT. COLONELS
UNIT MAJORS
DEPARTMENT HEADS

Form: DWCC 56

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
**DAVID WADE CORRECTIONAL CENTER**

VENETIA MICHAEL, WARDEN

RICHARD STALDER, SECRETARY

# UNUSUAL OCCURRENCE REPORT

| Name | DERRICK SCOTT | Number | 126372 | Housing | N4C | Date of Incident | 10JULY05 | Time | 1:30 |
|---|---|---|---|---|---|---|---|---|---|
| Location of Incident | | N4C | | | | Witnesses | LT. MALCOLM SGT. DAVIS LT. SANDERS LT. EVANS CAPT. TOFFTON NURSE LEE | | |
| Type of Incident | | Assault on Staff | | | | | | | |

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

ON THE ABOVE DATE AND TIME I, C/SGT. KIDD WAS RUNNING THE C-TIER PANEL BOX WHILE OPENING CELL #2 WHICH HOUSES INMATE DERRICK SCOTT #126372 FOR HIS SHOWER I, SGT. KIDD CLEARLY SAW INMATE SCOTT PUSHED SGT. DAVIS AS HE WAS BEING ESCORTED TO THE SHOWER. LT. MALCOLM AND SGT. DAVIS IMMEDIATLEY TOOK INMATE SCOTT TO THE FLOOR. I, SGT. KIDD IMMEDIATLEY CLOSED THE PANEL BOX AND ASSISITED RESTRAINING INMATE SCOTT. INMATE SCOTT CONTINUED TO FIGHT BY BITING, KICKING, HITTING AND SPITTING. WHILE I SGT. KIDD GAVE ORDERS TO STOP FIGHTING. INMATE SCOTT FLATLEY REFUSED. LT. MALCOLM NOTIFIED THE CAPTAIN ON THE RADIO TO 10 -19 N4. LT. SANDERS, LT. EVANS, AND CAPT. TOFFTON ARRIVED. INMATE SCOTT WAS PLACED BACK IN HIS CELL AND WAS PHYSICALLY RESTRAINED UNTIL HE COMPLIED TO ALL ORDERS. I THEN CLOSED THE CELL DOOR.NURSE LEE WAS NOTIFIED AND EXAMINED INMATE SCOTT. HE WAS LATER PLACED IN THE RESTRAINT CHAIR PER SECURITY REASONS.

KEVIN KIDD SGT.
[signature]
**REPORTING OFFICER**

7/10/2005
**DATE COMPLETED**

06:40
**TIME**

[signature]
**REVIEWED BY**

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
CHIEF OF SECURITY
UNIT MAJOR
DEPARTMENT HEAD

DWCC Form #56 (EMS #01-01-009) (Revised 3/02)

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DAVID WADE CORRECTIONAL CENTER

# UNUSUAL OCCURRENCE REPORT

VENETIA T. MICHAEL, WARDEN — RICHARD L. STALDER, SECRETARY

| NAME | Lt. Roderick Malcolm<br>Lt. Cale Sanders, | NUMBER | | DORM | | DATE OF INCIDENT | 7/10/05 | TIME | 0125 |
|---|---|---|---|---|---|---|---|---|---|

| LOCATION OF ~~Name~~ | Sgt. Robert Davis,<br>Sgt. Kevin Kidd | WITNESSES | |
|---|---|---|---|

TYPE OF INCIDENT (CHECK ONE)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR | | ROOF SHAKEDOWN | | PROTECTION | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | AGG. FIGHT | | USE OF FORCE | | FRONT GATE | | DEATH DUE TO | | FENCE CHECK |
| | FIGHT | | MINOR | | MATTRESS | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS | X | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | | OTHER | | | | | | |

☐ CHEMICAL AGENTS USED ☐ MECHANICAL RESTRAINTS USED

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date & time, the following employee were seen & examined by medical for injuries after altercation c̄ inmate. Lt. Roderick Malcolm's (R) forearm has noted swelling & scratches & (L) thumb swollen & hurting. Sgt. Robert Davis, Lt. Cale Sanders & Sgt. Kevin Kidd show Ø visible injuries & denies any discomfort @ this time.

[signature]
Reporting Officer

7/10/05
Date Completed

0135
Time

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
ASST. WARDENS
LT. COLONELS
UNIT MAJORS
DEPARTMENT HEADS

Form: DWCC 56

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DAVID WADE CORRECTIONAL CENTER

VENETIA MICHAEL, WARDEN

RICHARD STALDER, SECRETARY

# UNUSUAL OCCURRENCE REPORT

| Name | DERRICK SCOTT | Number | 126372 | Housing | N4 C2 | Date of Incident | JULY 10,2005 | Time | 0125 |
|---|---|---|---|---|---|---|---|---|---|
| Location of Incident | | N4 C2 | | | | Witnesses | | | |
| Type of Incident | ~~Agg. Sex Offense~~ USE OF FORCE | | | | | | | | |

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

ON THE ABOVE DATE AND APPROXIMATED TIME, I/M DERRICK SCOTT #126372 WAS SEEN AND EXAMINED. THE FOLLOWING INJURIES NOTED: FOREHEAD KNOT APPROX. 6CM WITH BRUISING, ABRAISON ALONG HAIRLINE ON RIGHT SIDE OF HEAD, ABRAISON ON RIGHT CHEEK AND RIGHT EAR, BRUISING NOTED TO RIGHT SHOULDER, LEFT EYE SWOLLEN AND BRUISED, RIGHT SIDE OF UPPER LIP SWOLLEN WITH ABRASION. ALL WOUNDS CLEANED WITH NORMAL SALINE AND TRIPLE ANTIBIOTIC OINTMENT APPLIED. I/M DERRICK SCOTT DENIES ANY PAIN OR DISCOMFORT AT THIS TIME. DR. GEREIGHTY NOTIFIED FOR CONCURRENCE FOR THE RESTRAINT CHAIR FOR SECURITY PURPOSE. I/M SCOTT WAS PLACED IN RESTRAINT CHAIR AT APPROX. 0230. ALL STRAPS SECURED AND CHECKED. PULSES PALPABLE TO ALL EXTREMITIES. VITAL SIGNS TAKEN. NO SIGNS OR SYMPTOMS OF DISTRESS NOTED. AT 0251 M. DAUZAT OF MENTAL HEALTH NOTIFIED.

[signature]
REPORTING OFFICER

7/10/05
DATE COMPLETED

0125
TIME

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
CHIEF OF SECURITY
UNIT MAJOR
DEPARTMENT HEAD

[signature]
REVIEWED BY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **DERRICK SCOTT** | : | **CIVIL ACTION NO.: 05-2024-P** |
| **VERSUS** | : | **JUDGE: WALTER** |
| **ROBERT DAVIS, ET AL** | : | **MAGISTRATE JUDGE: HORNSBY** |

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF CLAIBORNE**

I, **RAY HANSON**, the undersigned affiant, having first been duly sworn, did depose and state under oath the following:

1. I am currently employed by the Louisiana Department of Public Safety and Corrections (Department) as an Assistant Warden at the David Wade Correctional Center at Homer, Louisiana (DWCC). During the year 2005, I held the position of Correctional Officer (Lieutenant Colonel) at DWCC. I have been employed by the Department at DWCC for approximately twenty-two years.

2. My duties as a Lieutenant Colonel included reviewing Unusual Occurrence Reports, along with related items attached thereto, and presenting these documents for filing into the prison record of inmates housed at DWCC.

3. At the request of the Attorney General's Office, I have reviewed the prison record of inmate Derrick Scott, DOC #126372, and have determined the following:

- That inmate Derrick Scott was an inmate housed at David Wade Correctional during the month of July, 2005;



Blumberg No. 5118 EXHIBIT 4

- That Unusual Occurrence Reports were drafted in connection with an incident involving inmate Derrick Scott on July 10, 2005, while housed at David Wade Correctional Center;

- That to the best of my knowledge, information and belief, I reviewed Unusual Occurrence Reports drafted in connection with an incident involving inmate Derrick Scott on July 10, 2005, as well as still photographs taken inmate Scott after the incident;

- That I submitted the Unusual Occurrence Reports drafted in connection with an incident involving inmate Derrick Scott on July 10, 2005, as well as still photographs taken of inmate Scott after the incident, for filing into the prison record of inmate Derrick Scott;

- That a review of the prison record of inmate Derrick Scott reveals that on July 15, 2005, Unusual Occurrence Reports regarding the July 10, 2005 incident involving inmate Derrick Scott were completed and filed into the prison record of inmate Scott.

- That the Unusual Occurrence Reports dated July 15, 2005, a true and correct copy of which is attached hereto as Attachment A, make reference to still photographs being taken of inmate Derrick Scott after the incident that took place on July 10, 2005. However, the prison record of inmate Derrick Scott does not contain the still photographs referenced in the Unusual Occurrence Report.

- That affiant has thoroughly searched for the still photographs referenced in the Unusual Occurrence Report completed July 15, 2005. However, affiant has been unsuccessful in locating the still photographs referenced in the Unusual Occurrence Reports completed July 15, 2005.

5. At no time did affiant willful or intentionally destroy or discard the still photographs of inmate Derrick Scott referenced in the Unusual Occurrence Reports dated July 15, 2005.

6. At no time did affiant willfully or deliberately refuse to produce the still photographs of inmate Derrick Scott referenced in the Unusual Occurrence Reports dated July 15, 2005.

7. To the best of affiant's knowledge, information and belief, a video camera was also set up, which shows inmate Derrick Scott and the medical assistance being provided to him following the incident of July 10, 2005.

The above facts are true and correct to the best of my knowledge, information and belief.

**WITNESSES:**

Betty J. Harris
SIGNATURE

Betty J. Harris
PRINT

Fran Calhoun
SIGNATURE

Fran Calhoun
PRINT

[signature]
**RAY HANSON**

**SWORN TO AND SUBSCRIBED** before me this 21st day of March, 2007, in Homer, Louisiana.

Kelly Carpenter
**NOTARY PUBLIC**

Kelly Carpenter, Notary Public
Claiborne Parish, Louisiana
My Commission is for Life
#67368

Form: DWCC 56,

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
**DAVID WADE CORRECTIONAL CENTER**

VENETIA MICHAEL, WARDEN

RICHARD STALDER, SECRETARY

# UNUSUAL OCCURRENCE REPORT

| Name | DERRICK SCOTT | Number | 126372 | Housing | N4C | Date of Incident | 10 July 2005 | Time | Approx. 01:30 hours |
|---|---|---|---|---|---|---|---|---|---|
| Location of Incident | | N4C | | | | Witnesses | Listed below on first line | | |
| Type of Incident | Assault on Staff Addendum | | | | | | | | |

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

Witnesses: C/Capt. John Toffton, C/Lt. Roderick Malcolm, C/Lt. Chris Evans, C/Lt. Cale Sanders, C/Sgt. Robert Davis, C/Sgt. Kevin Kidd, Nurse Grace Lee.

On 10 July 2005 at approximately 01:30 hours, I was notified by C/Lt. Malcolm to 10-19 N4. On arriving I found inmate Derrick Scott #126372 struggling with C/Lt. Malcolm, C/Lt. Evans, C/Lt. Sanders, C/Sgt. Davis, C/Sgt. Kidd. I retrieved a can of Deep Freeze from the key room and responded to the tier. I clearly saw inmate Scott attempting to strike the officers, spit, kick and bite at the officers. C/Sgt. Kidd and C/Lt. Malcom was holding inmate Scotts head back and to the side to prevent his spitting and biting them. C/Lt. Sanders and C/Lt. Evans had inmate Scott's legs restrained to prevent him from kicking. C/Sgt. Davis had inmate Scott's arms to prevent him from striking. I gave inmate Scott a direct verbal order to stop fighting the officers. He refused to comply. Due to the close proximity of the officers and the risk of incompacitating them, I could not use chemical agent at that time. Inmate Scott was physically placed back in his cell physically restrained until he stopped resisting. The cell door was closed. Inmate Scott then followed all orders given. I notified C/Lt. Col. Danny Mills, the duty officer, at 01:34 hours and gain his concurrance with the use of the Violent Prisoner Restraint Chair for security purposes to protect staff. Nurse Lee contacted Dr. Gereighty, who at 02:20 hours concurred with the use of the restraint chair. Nurse Lee examined inmate Scott. I took several still photographs of inmate Scott of his visible injuries. The video camera was setup and inmate Scott was placed in the restraint chair at 02:30 hours. Nurse Lee then treated inmate Scott and checked his restrains. Nurse Lee contacted Mental Health, Ms. Dauzat, as inmate Scott is currently on standard suicide watch.

Nurse Lee then examined each officer involved in the use of force with inmate Scott.

On questioning C/Lt. Malcolm concerning the incident, he stated that C/Sgt. Davis and himself had restrained inmate Scott and removed him from his cell for shower as required by inmate posted policy #53. Inmate Scott then deliberately pushed C/Sgt. Davis. C/Lt. Malcolm and C/Sgt. Davis then took inmate Scott to the floor in order to control him. C/Sgt. Kidd assisted. C/Lt. Malcolm then radioed me for assistance, C/Lt. Sanders was present in the cell block and responded to assist. C/Lt. Evans responded to N4 to assist. C/Lt. Malcolm stated to me that inmate Scott attempted to strike with his restrained hands, and spit and bit at, and kick the officers as they physically restrained him.

Warden Huff and C/Lt. Col.. Hanson was also notified. C/Lt. Col. Hanson authorized the use of the food loaf program.

John Toffton C/Capt.

**REPORTING OFFICER**

7/15/2005
**DATE COMPLETED**

3:33 AM
**TIME**

**REVIEWED BY**

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
CHIEF OF SECURITY
UNIT MAJOR
DEPARTMENT HEAD

A

Form: DWCC 56

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
**DAVID WADE CORRECTIONAL CENTER**

VENETIA MICHAEL, WARDEN

RICHARD STALDER, SECRETARY

# UNUSUAL OCCURRENCE REPORT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | DERRICK SCOTT | Number | 126372 | Housing | N4C | Date of Incident | 10 July 2005 | Time | Approx 01:30 hours |
| Location of Incident | N4C | | | | | Witnesses | Listed on previous report | | |
| Type of Incident | Assault on Staff Addendum | | | | | | | | |

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

Information not included in previous reports:

On the above date and approximate time, I C/Lt. Malcolm and C/Sgt. Davis restrained inmate Derrick Scott #126372 for his shower and removed him from his cell. As we exited the cell he pushed C/Sgt. Davis. Both C/Sgt. Davis and myself then took inmate Scott to the floor. We fell to the concrete floor, I struck my left arm against the floor, inmate Scott struck the floor with his head, and shoulder. I called for assistance via radio. Inmate Scott then started biting and kicking and hitting and spitting at us. I gave inmate Scott several orders to stop fighting, and he refused to comply. I pushed his head back to prevent him from biting me, and to the side to prevent him from spitting on me.C/Sgt. Davis grabbed inmate Scotts arms to prevent him from striking us. C/Sgt. Kidd assisted me in holding his head from spitting and biting. C/Lt. Sanders arrived and grabbed inmate Scott's legs to prevent him from kicking. C/Lt. Evans arrived with C/Capt. Toffton and they assisted in moving inmate Scott back in his cell. He was then held in place for a period of approximately a thirty seconds until he stopped fighting. The cell door was closed and inmate Scott then complied with all orders given.

C/Lt. Roderick Malcolm
[signature] Lt
**REPORTING OFFICER**

7/15/2005
**DATE COMPLETED**

2:53 AM
**TIME**

[signature]
**REVIEWED BY**

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
CHIEF OF SECURITY
UNIT MAJOR
DEPARTMENT HEAD

Form: DWCC 56

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS

**DAVID WADE CORRECTIONAL CENTER**

VENETIA MICHAEL, WARDEN

RICHARD STALDER, SECRETARY

# UNUSUAL OCCURRENCE REPORT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | DERRICK SCOTT | Number | 126372 | Housing | N-4-C | Date of Incident | 10 July 05 | Time | 01:30 hrs. |
| Location of Incident | | N-4-C-Tier | | | | Witnesses | Lt. Malcolm, Lt. Sanders, Sgt. Davis,Sgt. Kidd, Capt. Toffton | | |
| Type of Incident | Assault on Staff<br>Addendum | | | | | | | | |

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

At approximately 01:30 hrs. on 10 July 2005, I Lt. Evans, responded to a radio call to 10-19 N-4. Once I arrived, I found Lt. Malcolm, Lt. Sanders, Sgt. Davis, and Sgt. Kidd on the tier floor, struggling to get inmate Derrick Scott #126372 under control. I grabbed inmate Scott by the legs and held them along with Lt. Sanders to prevent him from kicking. Lt. Malcolm had inmate Scott's head held back and to the side to help prevent him from spitting at us. Sgt. Kidd was assisting Lt. Malcolm with the positioning of inmate Scott's head. Sgt. Davis had inmate Scott by the arms and was helping hold inmate Scott down. Several orders were given to stop resisting but inmate Scott refused to comply. Capt. Toffton arrived and gave inmate Scott a direct verbal order to stop fighting the officers, but he continued to resist. Inmate Scott was lifted from the floor, placed back in his cell, and physically restrained until he stopped resisting. Inmate Scott then started following the orders given by security. Inmate Scott was seen by Nurse Lee and treated for injuries. The proper personnel were notified and it was ordered that inmate Scott be placed in the Violent Prisoner Restraint Chair. Polaroid pictures were taken, and inmate Scott was video taped being placed in the restraint chair.

All officers involved were seen by the nurse.

Chris Evans C/Lt.

[signature] C/Lt

**REPORTING OFFICER**

7/15/2005

**DATE COMPLETED**

4:21 AM

**TIME**

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
CHIEF OF SECURITY
UNIT MAJOR
DEPARTMENT HEAD

**REVIEWED BY**

Form: DWCC 56

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS

**DAVID WADE CORRECTIONAL CENTER**

VENETIA MICHAEL, WARDEN

RICHARD STALDER, SECRETARY

# UNUSUAL OCCURRENCE REPORT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | DERRICK SCOTT | Number | 126372 | Housing | N4C | Date of Incident | 10 July 2005 | Time | Approx 01:30 housr |
| Location of Incident | | N4C | | | | Witnesses | Listed on previous report | | |
| Type of Incident | Assault on Staff Addendum | | | | | | | | |

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

Information not included in previous report:

On the above date and approximate time, when I C/Lt Sanders arrived on N4C tier, I saw inamte Derrick Scott #126372 on the tier floor struggling with C/Lt. Malcolm, and C/Sgt. Kidd, and C/Sgt. Davis. I saw that inamte Scott was attempting to kick C/Lt. Malcolm. I grabbed inmate Scott's legs and wrapped both arms around them to prevent him from kicking. Inmate Scott continued to try to free his legs from my arms. At this time C/Lt. Evans and C/Capt. Toffton arrived. Lt. Evans then assisted me with holding inmate Scott's legs. We then moved inmate Scott back into his cell and held him until he stopped resisting. We then exited the cell and the door was closed. He then complied with all orders given to him.

C/Lt. Cale Sanders

**REPORTING OFFICER**

7/15/2005

**DATE COMPLETED**

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
CHIEF OF SECURITY
UNIT MAJOR
DEPARTMENT HEAD

3:18 AM

**TIME**

**REVIEWED BY**

Form: DWCC 56

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DAVID WADE CORRECTIONAL CENTER

VENETIA MICHAEL, WARDEN

RICHARD STALDER, SECRETARY

# UNUSUAL OCCURRENCE REPORT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | DERRICK SCOTT | Number | 126372 | Housing | N4C | Date of Incident | 10 July 2005 | Time | Approx 01:30 hours |
| Location of Incident | | N4C | | | | Witnesses | Listed Below | | |
| Type of Incident | Assault on Staff | | | | | | | | |

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

Witnesses: C/Capt. Toffton, C/Lt. Malcolm, C/Lt. Sanders, C/Lt. Evans, C/Sgt. Kidd, C/sgt. Davis.

On the above date and approximate time, while showering inmates on posted policy #53, C/Lt. Malcolm and myself restrained inmate Derrick Scott #126372 with handcuffs and legirons. On removing him from his cell, he deliberately pushed me. C/Lt. Malcolm and myself then took him to the floor. He started kicking, biting, spitting, and hitting at us. C/Sgt. Kidd, and C/Lt. Sanders, and C/Lt. Evans, and C/Capt. Toffton all responded to assist. C/Lt. Malcolm and C/Capt. Toffton gave him several orders to stop fighting, which he refused to comply. He was placed in his cell and physically restrained until he stopped fighting. The cell door was then closed. He then complied with all orders given. C/Lt. Col. Mills authorized his being placed in the restraint chair. Nurse Lee was notified and examined and treated inmate Scott. The video camera was setup and he was placed in the restraint chair. C/Capt. Toffton took pictures on inmate Scott's injuries.

C/Sgt. Robert Davis
Sgt R. Davis
REPORTING OFFICER

7/10/2005
DATE COMPLETED

6:25 AM
TIME

REVIEWED BY

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
CHIEF OF SECURITY
UNIT MAJOR
DEPARTMENT HEAD

DWCC Form #56 (EMP #01-01-009) (Revised 3/02)

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DAVID WADE CORRECTIONAL CENTER

# UNUSUAL OCCURRENCE REPORT

VENETIA T. MICHAEL, WARDEN

RICHARD L. STALDER, SECRETARY

| NAME | NUMBER | DORM | DATE OF INCIDENT | TIME |
|---|---|---|---|---|
| Derrick Scott | 126372 | N4 | 10 July 05 | 1:30 |

| LOCATION OF | WITNESSES |
|---|---|
| N4C | Lt. Malcolm, Sgt Davis, Lt. Sanders, Lt. Evans, Capt Tofton, Nurse Lee |

TYPE OF INCIDENT (CHECK ONE)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | ASSAULT ON STAFF | | MAJOR | | ROOF SHAKEDOWN | | PROTECTION | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | AGG. FIGHT | | USE OF FORCE | | FRONT GATE | | DEATH DUE TO | | FENCE CHECK |
| | FIGHT | | MINOR | | MATTRESS | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS | | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | ✓ | OTHER Addendum | | | | | | |

☐ CHEMICAL AGENTS USED ☐ MECHANICAL RESTRAINTS USED

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and time I, Sgt Kidd was running the C-tier Panel box while opening cell #2 which House inmate Derrick Scott #126372 for his shower. I Sgt Kidd clearly saw inmate Scott pushed Sgt Davis as he was being escorted to the shower. Lt. Malcolm and Sgt Davis immediatley took inmate Scott to the floor. I Sgt Kidd immediatley closed the Panel box and assisted restraining inmate Scott. Inmate Scott continued to fight by biting, kicking and spitting. I Sgt Kidd along with Lt. Malcolm pushed his head back to prevent him from biting. Lt. Malcolm and myself and to the side to prevent him from spitting on us. I Sgt Kidd gave orders to stop fighting. Inmate Scott flatley refused. Lt. Malcolm notified the captain on the Radio to 10-19 N4. Lt. Sanders, Lt. Evans, and Capt Tofton arrived. Inmate Scott was placed back in his cell and was physically restrained until he complied to all orders. I then closed the cell door. Nurse Lee was notified and examined inmate Scott. He was later placed in the restraint chair per security Reason.

Information not included in previous reports.

[signature] Reporting Officer

7/15/05
Date Completed

~~06:40~~ 3:30 A.M.
Time

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
ASST. WARDENS
LT. COLONELS
UNIT MAJORS
DEPARTMENT HEADS

Form: DWCC 56

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
**DAVID WADE CORRECTIONAL CENTER**

VENETIA MICHAEL, WARDEN

RICHARD STALDER, SECRETARY

# UNUSUAL OCCURRENCE REPORT

| Name | DERRICK SCOTT | Number | 126372 | Housing | N4C | Date of Incident | 10JULY05 | Time | 1:30 |
|---|---|---|---|---|---|---|---|---|---|
| Location of Incident | | N4C | | | | Witnesses | LT. MALCOLM SGT. DAVIS LT. SANDERS LT. EVANS CAPT. TOFFTON NURSE LEE | | |
| Type of Incident | Assault on Staff | | | | | | | | |

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

ON THE ABOVE DATE AND TIME I, C/SGT. KIDD WAS RUNNING THE C-TIER PANEL BOX WHILE OPENING CELL #2 WHICH HOUSES INMATE DERRICK SCOTT #126372 FOR HIS SHOWER I, SGT. KIDD CLEARLY SAW INMATE SCOTT PUSHED SGT. DAVIS AS HE WAS BEING ESCORTED TO THE SHOWER. LT. MALCOLM AND SGT. DAVIS IMMEDIATLEY TOOK INMATE SCOTT TO THE FLOOR. I, SGT. KIDD IMMEDIATLEY CLOSED THE PANEL BOX AND ASSISITED RESTRAINING INMATE SCOTT. INMATE SCOTT CONTINUED TO FIGHT BY BITING, KICKING, HITTING AND SPITTING. WHILE I SGT. KIDD GAVE ORDERS TO STOP FIGHTING. INMATE SCOTT FLATLEY REFUSED. LT. MALCOLM NOTIFIED THE CAPTAIN ON THE RADIO TO 10 -19 N4. LT. SANDERS, LT. EVANS, AND CAPT. TOFFTON ARRIVED. INMATE SCOTT WAS PLACED BACK IN HIS CELL AND WAS PHYSICALLY RESTRAINED UNTIL HE COMPLIED TO ALL ORDERS. I THEN CLOSED THE CELL DOOR.NURSE LEE WAS NOTIFIED AND EXAMINED INMATE SCOTT. HE WAS LATER PLACED IN THE RESTRAINT CHAIR PER SECURITY REASONS.

KEVIN KIDD SGT.
[signature]
**REPORTING OFFICER**

7/10/2005
**DATE COMPLETED**

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
CHIEF OF SECURITY
UNIT MAJOR
DEPARTMENT HEAD

06:40
**TIME**

[signature]
**REVIEWED BY**

DWCC Form #56 (EMB #01-01-009) (Revised 3/02)

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DAVID WADE CORRECTIONAL CENTER

# UNUSUAL OCCURRENCE REPORT

VENETIA T. MICHAEL, WARDEN — RICHARD L. STALDER, SECRETARY

| NAME | NUMBER | | DORM | | DATE OF INCIDENT | | TIME | |
|---|---|---|---|---|---|---|---|---|
| Lt. Roderick Malcolm, Lt. Cale Sanders, | | | | | | 7/10/05 | | 0125 |

| LOCATION OF (Name) | | WITNESSES | |
|---|---|---|---|
| Sgt. Robert Davis, Sgt. Kevin Kidd | | | |

TYPE OF INCIDENT (CHECK ONE)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR | | ROOF SHAKEDOWN | | PROTECTION | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | AGG. FIGHT | | USE OF FORCE | | FRONT GATE | | DEATH DUE TO | | FENCE CHECK |
| | FIGHT | | MINOR | | MATTRESS | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS | X | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | | OTHER | | | | | | |

☐ CHEMICAL AGENTS USED ☐ MECHANICAL RESTRAINTS USED

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date & time, the following employee were seen & examined by medical for injuries after altercation c̄ inmate. Lt. Roderick Malcolm's (R) forearm has noted swelling & scratches & (L) thumb swollen & hurting. Sgt. Robert Davis, Lt. Cale Sanders & Sgt. Kevin Kidd show Ø visible injuries & denies any discomfort @ this time.

[signature]
Reporting Officer

7/10/05
Date Completed

0135
Time

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
ASST. WARDENS
LT. COLONELS
UNIT MAJORS
DEPARTMENT HEADS

Form: DWCC 56

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DAVID WADE CORRECTIONAL CENTER

VENETIA MICHAEL, WARDEN

RICHARD STALDER, SECRETARY

# UNUSUAL OCCURRENCE REPORT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | DERRICK SCOTT | Number | 126372 | Housing | N4 C2 | Date of Incident | JULY 10,2005 | Time | 0125 |
| Location of Incident | | N4 C2 | | | | Witnesses | | | |
| Type of Incident | ~~Agg. Sex Offense~~ Use of Force | | | | | | | | |

DESCRIPTION OF THE INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

ON THE ABOVE DATE AND APPROXIMATED TIME, I/M DERRICK SCOTT #126372 WAS SEEN AND EXAMINED. THE FOLLOWING INJURIES NOTED: FOREHEAD KNOT APPROX. 6CM WITH BRUISING, ABRAISON ALONG HAIRLINE ON RIGHT SIDE OF HEAD, ABRAISON ON RIGHT CHEEK AND RIGHT EAR, BRUISING NOTED TO RIGHT SHOULDER, LEFT EYE SWOLLEN AND BRUISED, RIGHT SIDE OF UPPER LIP SWOLLEN WITH ABRASION. ALL WOUNDS CLEANED WITH NORMAL SALINE AND TRIPLE ANTIBIOTIC OINTMENT APPLIED. I/M DERRICK SCOTT DENIES ANY PAIN OR DISCOMFORT AT THIS TIME. DR. GEREIGHTY NOTIFIED FOR CONCURRENCE FOR THE RESTRAINT CHAIR FOR SECURITY PURPOSE. I/M SCOTT WAS PLACED IN RESTRAINT CHAIR AT APPROX. 0230. ALL STRAPS SECURED AND CHECKED. PULSES PALPABLE TO ALL EXTREMITIES. VITAL SIGNS TAKEN. NO SIGNS OR SYMPTOMS OF DISTRESS NOTED. AT 0251 M. DAUZAT OF MENTAL HEALTH NOTIFIED.

[signature]
REPORTING OFFICER

7/10/05
DATE COMPLETED

0125
TIME

XC: WARDEN (ORIGINAL)
DEPUTY WARDEN
CHIEF OF SECURITY
UNIT MAJOR
DEPARTMENT HEAD

[signature]
REVIEWED BY