U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 11 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DERRICK SCOTT | CIVIL ACTION NO. 05-2024-P |
| versus | JUDGE WALTER |
| ROBERT DAVIS, ET AL. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that **Plaintiff's Motion for Summary Judgment (Doc. 26) and Defendants' Motion for Summary Judgment as supplemented (Docs. 35 & 39)** are **DENIED.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 10 day of June, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE