**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**MINUTES OF COURT**

| | | | |
|---|---|---|---|
| DONALD E. WALTER | JUDGE PRESIDING | DATE: | FEBRUARY 11, 2008 |
| Marie Runyon | COURT REPORTER | COURT OPENED: | 9:00 a.m. |
| Elizabeth Carmody | LAW CLERK | COURT CLOSED: | 3:30 p.m. |
| Denise McDonnell | MINUTE CLERK | TIME IN COURT : | 5:00 |

CASE NO. 05-CV-2024-P

DERRICK SCOTT v. ROBERT DAVIS, ET AL.

APPEARANCES:

| | |
|---|---|
| DERRICK SCOTT | PLAINTIFF, PRO SE |
| ADRIENNE D. WHITE and JERALD L. PERLMAN | FOR DEFENDANTS |

CASE CALLED:
(X) TRIAL WITH JURY 1ST DAY

PROCEEDINGS:
(X) JURORS SELECTED AND SWORN TO TRY THE CASE
(X) PRELIMINARY INSTRUCTIONS TO JURY
(X) OPENING STATEMENT BY PLAINTIFF
(X) OPENING STATEMENT BY DEFENDANTS
(X) TESTIMONY/EVIDENCE FOR PLAINTIFF COMMENCED

**VERDICT, RULING, COMMENTS:**

The jurors were ordered to return at 9:00 am tomorrow morning.