RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2 / 12 / 08
BY Dm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DERRICK SCOTT | CIVIL ACTION NO. 05-2024-P |
| VERSUS | JUDGE DONALD E. WALTER |
| ROBERT DAVIS, ET AL. | MAGISTRATE JUDGE MARK L. HORNSBY |

## TRIAL EXHIBIT LIST

The following exhibits were admitted into evidence during trial held 2/11/2008 - 2/12/2008:

**PLAINTIFF'S EXHIBITS:**

| | | |
|---|---|---|
| A | 002-002 | 7/10/2005 Unusual Occurrence Report by Robert Davis |
| B | 003-025 | 9/14/2005 Handwritten report by Robert Davis |
| C | 003-022 | 9/12/2005 Report by Chris Evans |
| D-1 | 002-003 | 7/10/2005 Unusual Occurrence Report by Roderick Malcolm |
| D-2 | 003-011 | Addendum to 7/10/2005 Unusual Occurrence Report by Roderick Malcolm |
| E | 002-007 | 7/10/2005 Unusual Occurrence Report by Cale Sanders |
| F | 003-023 | 9/14/2005 Report by Roderick Malcolm |
| 2 | | Photographs of Plaintiff |
| 3 | | 7/12/2005 Sick/Doctor's Call Sheet by Dr. Singson |

**DEFENDANTS' EXHIBITS:**

1 Louisiana Department of Public Safety and Corrections Employee Policy Memorandum regarding Use of Force

2 Disciplinary Reports and Unusual Occurrence Reports

3 Plaintiff's Request for Administrative Remedy Procedure

5 Plaintiff's Medical Records for 7/10/2005

6 Plaintiff's Prison Conduct Record

7 Deposition Transcripts

8 Complaint and Amended Complaint

**JOINT EXHIBITS:**

4 Video Recording of Plaintiff on 7/10/2005

**COURT EXHIBITS:**

1 RVR Extended Lockdown Disciplinary Reports, Unusual Occurrence Reports regarding inmate Derrick Scott introduced by defendants